Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **I&I DIAMONDS LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                  **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Lya Klein 7525 NW 61st Terrace Unit 1004 Parkland, FL 33067** | | **Original Note amount was $172,000.00** | | | | **$130,000.00** |
| **PACE Diamonds NV c/o Robert D. Garson, Esq. 20803 Biscayne Boulevard Suite 405 Miami, FL 33180** | | | | | | **$127,938.90** |
| **Edward Caplan c/o Jason Gordon, Esq. Law Offices of Jason Gordon, P.A. 3440 Hollywoood Blvd., Suite 415 Hollywood, FL 33021** | | **Litigation filed 4/2/25** | **Disputed** | | | **$100,000.00** |
| **H & A Mountings, Inc. c/o Thomas L. Avrutis, Esq. Hodges, Avtrutis & Foeller P.O. Box 4137 Sarasota, FL 34230** | | **Default Final Judgment** | **Disputed** | | | **$44,249.89** |
| **Coral Creek R2G Owner, LLC c/o Kimco Realty Corporation Attn: Janice Accatino 500 North Broadway, Suite 201 Jericho, NY 11753** | | **Landlord/Arrearages** | | | | **$21,000.00** |

Debtor    **I&I DIAMONDS LLC**                                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Belgium New York LLC c/o Thomas L. Avrutis, Esq. Weltman, Weinberg & Reis Co., LPA P.O. Box 4137 Sarasota, FL 34230** | | **Stipulation of Settlement/Judgment** | | | | **$16,281.00** |
| **Property Damage Consultants Inc. c/o Ryan S. LeMontang, Esq. 12555 Biscayne Blvd., Suite 915 Miami, FL 33181** | | | | | | **$0.00** |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2