# United States Bankruptcy Court
## Southern District of Florida

In re    **I&I DIAMONDS LLC**

Debtor(s)

Case No.    **26-16032-PDR**

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **I&I DIAMONDS LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**May 12, 2026**

Date

**/s/ Joe M. Grant, Esq.**

**Joe M. Grant, Esq. 137758**

Signature of Attorney or Litigant

Counsel for    **I&I DIAMONDS LLC**

**LORIUM LAW**

**197 South Federal Highway**
**Suite 200**
**Boca Raton, FL 33432**
**561.361.1000 Fax:954.462.4300**
**jgrant@loriumlaw.com**