**CGFD10** (02/13/24)



**ORDERED in the Southern District of Florida on May 13, 2026**



**Peter D. Russin**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 26–16032–PDR**

**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

I&I DIAMONDS LLC
aka I&I Enterprise, LLC

6564 North State Road 7
Coconut Creek, FL 33073

EIN: 84–4256053

## ORDER SETTING SUBCHAPTER V STATUS CONFERENCE, CLAIMS BAR DATE, AND DEADLINE FOR ELECTIONS UNDER 11 U.S.C. §1111(b)

The above–referenced debtor has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. To further the expeditious and economical resolution of this case, it is

**ORDERED:**

1. **Status Conference.** The Honorable Peter D. Russin will hold the status conference required by 11 U.S.C. §1188 on **July 9, 2026**, at **02:00 PM** at **U.S. Courthouse, 299 E Broward Blvd #301, Ft Lauderdale, FL 33301**. The Debtor, counsel for the Debtor, and the Subchapter V Trustee must appear at the status conference.

*Page 1 of 2*

Counsel and unrepresented parties must review the presiding judge's page on the Court's website to verify whether they may appear at the status conference remotely via Zoom Video Communications, Inc. ("Zoom") or are required to appear in person, and to verify any other requirements for hearings before that judge.

2. **Claims bar date.** The deadline for entities other than governmental units to file proofs of claim or interest is **July 17, 2026**.

3. **Deadline for 1111(b) election.** Any secured creditor that wishes to make an election under 11 U.S.C. §1111(b) must do so no later than **14 days** after the Debtor files a plan.

4. **Service.** The Debtor is directed to serve a copy of this Order on the Subchapter V Trustee, the United States Trustee, all creditors, and all other parties in interest, and to file a certificate of service as required by Local Rule 2002–1(F).

*# # #*

*Page 2 of 2*