**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
**www.flsb.uscourts.com**

In re:

I&I DIAMONDS LLC,

Case No. 26-16032-PDR
Chapter 11
(Subchapter V)

_____Debtor_____/

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, I&I Diamonds LLC, ("Debtor) files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11
   (filing date of petition if voluntary chapter 11 petition):

   **Response:** May 8, 2026

2. Names, case numbers and dates of filing of related debtors:

   **Response:** None.

3. Description of debtor's business:

   **Response:** Debtor is a retail jewelry store and jewelry repair store located in Coconut Creek, Florida.

4. Locations of debtor's operations and whether the business premises are leased or owned:

   **Response:** 6564 North State Road 7, Coconut Creek, FL 33073. The premises is leased.

5. Reasons for filing chapter 11:

   **Response:** Debtor filed for Chapter 11 due to ongoing state court litigation from several creditors and due to being behind on rent for its current commercial space. The Debtor has debts owed to vendors, as well as the landlord.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

   **Response:** Igor Oleyek, Manager (100% ownership); no employees.

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

   **Response:**
   - 2026 (YTD through 5/8/26): $400,000.00
   - 2025 (Full year): $950,000.00

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

      **Response:** $150,000.00

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

      **Response:** None.

   c. Amount of unsecured claims:

      **Response:** $439,469.79 (estimated)

9. General description and approximate value of the debtor's assets:

   **Response:**

   a) Cash and cash equivalents:  $5,500.00

   b) Security Deposits: $20,000.00 (Landlord)

   c) Inventory:  $104,115.00 (see inventory list attached)

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

    **Response:** Insurance has lapsed and needs to be renewed.

11. Number of employees and amounts of wages owed as of petition date:

    **Response:**  None.

12. Status of debtor's payroll and sales tax obligations, if applicable.  This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

    **Response:** None and/or N/A

13. Anticipated emergency relief to be requested within 14 days from the petition date:

    **Response:**  None/undetermined at this time.

Dated: May 13, 2026

By: ___*/s/Igor Oleyek* **(Manager)**___
       I&I Diamonds LLC
       Debtor

Respectfully submitted,

**LORIUM PLLC**
*Proposed Counsel for Debtor*
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561.361.1000
Facsimile: 561.672.7581
Email: jgrant@loriumlaw.com

By: /s/ Joe M. Grant
       JOE M. GRANT
       Florida Bar No. 137758

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of May, 2026, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all parties and counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: **/s/ Joe M. Grant**
JOE M. GRANT

## SERVICE LIST

***Served via CM/ECF NOTICE:***

Carol Fox
cfox@glassratner.com .

John Schank on behalf of U.S. Trustee Office of the US Trustee
john.s.schank@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov