| 54 | 14k White Gold Diamond Pendant - 0.72ct | Pendant / Chain | $ 420.00 |
|---|---|---|---|
| 56 | 14k White Gold Heart Diamond Pendant - 1ct | Pendants | $ 560.00 |
| 61 | WG14k Necklace | Necklaces | $ 1,100.00 |
| 94 | BVLGARI midsize - 29 / 30mm | Watches | $ 650.00 |
| 96 | BVLGARI Watch 36mm | Watches | $ 750.00 |
| 103 | Philip Stein Teslar | Watches | $ 500.00 |
| 150 | Pearl Huggies | Earrings / Earrings | $ 950.00 |
| 173 | Pearl 3 string | Bracelets / Bracelets | $ 600.00 |
| 174 | Pearl Necklace 17" 3 string | Necklaces | $ 600.00 |
| 313 | RG18k Eternity ring | Rings / Eternity Bands | $ 697.00 |
| 377 | YG18k Chain 17" with Pendant | Necklaces | $ 1,420.00 |
| 389 | Hublot MDM two tone | Watches | $ 1,600.00 |
| 422 | Twisted FW White pearls | Necklaces | $ 200.00 |
| 456 | 14k White Gold Cuban Link Diamond Ring - 0.85ct | Rings / Eternity Bands | $ 839.00 |
| 476 | Plat | Rings / Mountings | $ 300.00 |
| 485 | 14k White Gold 18" Chain | Chains | $ 260.00 |
| 503 | MQ1.06ct J-SI3 | Necklaces | $ 1,600.00 |
| 590 | Chain16" 1.1gr | Chains | $ 55.00 |
| 641 | Heart Citrine4ct | Earrings / Studs | $ 200.00 |
| 646 | RD0.42ct studs | Earrings / Studs | $ 270.00 |
| 648 | RD1ct Hoops | Earrings / Hoops | $ 450.00 |
| 708 | WG14k 43.6gr | Bracelets / Bracelets | $ 600.00 |
| 711 | 14k White Gold RIvera Diamond Tennis Necklace - 10ct | Necklaces | $ 10,000.00 |
| 776 | Studs RD0.80ct | Earrings / Studs | $ 400.00 |
| 790 | YG18k RD0.40ct | Earrings / Earrings | $ 1,700.00 |
| 791 | BaroquePearl 16mm each | Earrings / Earrings | $ 2,000.00 |
| 796 | SouthSea 15mm 16" | Necklaces | $ 12,500.00 |
| 825 | 14K WG Earrings with Mq Diamonds 1.16ct and Blue Saphire 2.7ct | Earrings / Earrings | $ 1,070.00 |
| 852 | 17mm Mabe Pearl | Chains | $ 90.00 |
| 914 | Pend YG14k | Pendants | $ 350.00 |
| 927 | BlackRD0.34ct | Earrings / Studs | $ 50.00 |
| 943 | YG14k 48.8gr | Bracelets / Bracelets | $ 5,000.00 |
| 973 | YG14k oval 2.1gr | Earrings / Hoops | $ 260.00 |
| 1004 | Studs RD0.5ct/2 | Earrings / Studs | $ 300.00 |
| 1006 | WG14k 8.2g Pearls4 | Earrings / Earrings | $ 410.00 |
| 1037 | 19" Pearl WG14k | Necklaces | $ 300.00 |
| 1063 | Studs 3.1g pushback | Earrings / Studs | $ 150.00 |
| 1125 | WG/YG14k 5.1g | Necklaces | $ 600.00 |
| 1169 | 14k White Gold 12 carat Diamond Necklace | Necklaces | $ 8,000.00 |
| 1196 | 14k White Gold Diamond Round Earrings | Earrings / Earrings | $ 357.00 |
| 1197 | 14k Yellow Gold Diamond Round Earrings | Earrings / Earrings | $ 357.00 |
| 1198 | 14k White Gold Diamond and Mabe Pearl Earrings | Earrings / Earrings | $ 500.00 |
| 1207 | Basha Sandal Charm | Pendants | $ 230.00 |
| 1222 | 14k White Gold Diamond Flower Tennis Bracelet | Bracelets / Tennis bracelets | $ 1,600.00 |
| 1223 | 18k Rose Gold Victorian Look Mens Diamond Ring | Rings / Rings | $ 1,000.00 |
| 1224 | 14k YG Amber Earrings | Earrings / Earrings | $ 850.00 |
| 1225 | 18k Yellow Gold Heart-Shaped Diamond Pendant | Pendants | $ 1,500.00 |
| 1230 | 18k Yellow Gold Diamond Ring – 1.35 carats | Rings / Rings | $ 700.00 |
| 1232 | 18k White Gold Diamond and Black Pearl Necklace | Necklace | $ 1,500.00 |

| 1233 | 14k Yellow Gold Green Emerald Snake Pearl Necklace | Necklaces | $ 500.00 |
|---|---|---|---|
| 1234 | 14k Yellow Gold Sapphire and Diamond Fly Pendant | Pendants | $ 320.00 |
| 1236 | 18k White Gold Diamond and Pearl Omega Earrings | Earrings / Earrings | $ 3,000.00 |
| 1238 | 18k White Gold Diamond and Black Pearl Pendant | Pendants | $ 400.00 |
| 1241 | Omega SeaMaster | Watches | $ 1,500.00 |
| 1242 | Cartier Roadster | Watches | $ 4,500.00 |
| 1244 | Cartier 18k WG with Original Diamond Bezel and Crown | Watches | $ 26,000.00 |
| 1245 | Raymond Weil Parsifal - Dual Tone Gold & Stainless Steel Watch | Watches | $ 1,500.00 |
| 1247 | P. J. Rossi Watch with Diamond Bezel | Watches | $ 100.00 |
|  |  |  |  |
|  |  | Total: | $104,115.00 |