B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of Florida

In re    **I&I DIAMONDS LLC**                                                    Case No.    **26-16032-PDR**

Debtor(s)                                              Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                              $                **5,000.00**

    Prior to the filing of this statement I have received                    $                **5,000.00**

    Balance Due                                                              $                    **0.00**

2.  $ **1,738.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  [List other services that counsel has agreed to provide]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 14, 2026**                              **/s/ Joe M. Grant, Esq.**
*Date*                                        **Joe M. Grant, Esq. 137758**
                                              *Signature of Attorney*
                                              **LORIUM LAW**
                                              **101 NE 3rd Avenue**
                                              **Suite 1800**
                                              **Fort Lauderdale, FL 33301**
                                              **561.361.1000  Fax: 954.462.4300**
                                              **jgrant@loriumlaw.com**
                                              *Name of law firm*