**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
**www.flsb.uscourts.com**

In re:

I&I DIAMONDS LLC,

Case No. 26-16032-PDR
Chapter 11
(Subchapter V)

_____ Debtor          /

**DEBTOR'S NOTICE REGARDING SMALL BUSINESS**
**DOCUMENTS PURSUANT TO 11 U.S.C. § 1116**

Debtor, I&I Diamonds LLC, by and through undersigned counsel and pursuant to 11 U.S.C. § 1116, files the following:

1.  Balance Sheets/Profit and Loss Statements:

    a.  Profit and Loss Statement – see attached.

2.  Statement of Operations:

    a)  No Statement of Operations has been prepared – see Declaration attached.

3.  Cash Flow Statement:

    a)  No Cash Flow Statement has been prepared – see Declaration attached.

4.  Federal Income Tax Returns:

    a)  2024 – On an extension and not filed as of yet; a copy will be filed via supplemental filing when available.

    b)  2025 – On an extension and not filed as of yet; a copy will be filed via supplemental filing when available.

Dated: May 15, 2026

Respectfully submitted,

**LORIUM PLLC**
*Proposed Counsel for Debtor*
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561.361.1000
Facsimile: 561.672.7581
Email: jgrant@loriumlaw.com

By: /s/ Joe M. Grant
      JOE M. GRANT
      Florida Bar No. 137758

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of May, 2026, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all parties and counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: **/s/ Joe M. Grant**
      JOE M. GRANT

## SERVICE LIST

***Served via CM/ECF NOTICE:***

Carol Fox
cfox@glassratner.com .

John Schank on behalf of U.S. Trustee Office of the US Trustee
john.s.schank@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov