3:33 PM
05/14/26
Accrual Basis

# I & I DIAMONDS LLC
**Profit & Loss**
January 1 through May 13, 2026

|  | Jan 1 - May 13, 26 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| Merchandise Sales | 400,000.00 |
| **Total Income** | **400,000.00** |
|  |  |
| **Cost of Goods Sold** |  |
| **Gross Profit** | **207,500.00** |
|  |  |
| **Expense** |  |
| Advertising and Promotion | 6,400.00 |
| Attorney Fees | 25,000.00 |
| Automobile Expense (Rent, Gas, Tolls, Insurance) | 8,500.00 |
| Bank Service Charges | 2,450.00 |
| Computer and Internet Expenses | 2,850.00 |
| Equipment Rental | 15,000.00 |
| Inventory and Materials Adjustment | 133,560.00 |
| Janitorial Expense | 3,100.00 |
| Office Rent and Supplies | 32,000.00 |
| Other Miscellaneous Business Expenses | 1,860.00 |
| Repairs and Maintenance | 5,800.00 |
| Security and Monitoring | 1,500.00 |
| Software & Subscriptions | 4,200.00 |
| Telephone Expense | 3,150.00 |
| Utilities | 3,500.00 |
| **Total Expense** | **248,870.00** |
|  |  |
| **Net Income** | **-41,370.00** |

_____

**IGOR OLEYEK**