**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
**www.flsb.uscourts.com**

In re:                                                              Case No. 26-16032-PDR
                                                                         Chapter 11
I&I DIAMONDS LLC,                                          (Subchapter V)

_____Debtor_____/

**DECLARATION CONCERNING SMALL BUSINESS DOCUMENTS**

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF
OF CORPORATION OR PARTNERSHIP

I, Igor Oleyek, the Manager of the corporation named as the debtor in this case, declare

under penalty of perjury, that to the best of my knowledge, there are no statement of operations or

cash flow statements prepared for the debtor.

Date: May 14, 2026                          Signature:     _____

                                                                    Igor Oleyek, Manager


*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or
imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.