**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

I&I DIAMONDS LLC,

Debtor,
_______________________________________/

Case No. 26-16032-MAM
Chapter 11
(Subchapter V)

**DEBTOR'S PRE-STATUS CONFERENCE**
**REPORT PURSUANT TO 11 U.S.C. § 1188(C)**

Pursuant to 11 U.S.C. § 1188(c), I&I Diamonds LLC ("Debtor"), by and through undersigned counsel, files this report in connection with the status conference scheduled for July 14, 2026 at 1:30 p.m. and reports as follows:

Since the petition date of May 8, 2026, the Debtor, through the offices of the undersigned, has communicated with the Office of the United States Trustee, the Subchapter V Trustee, and concluded the IDI Meeting and has previewed the Debtor guidelines and intends on filing a plan of reorganization that pays all allowed claims in full, as provided for by 11 U.S.C. § 1190(3). In addition, Debtor's plan intends to provide a payment to unsecured creditors that is not less than the projected disposable income of the Debtor to be received during the 5-year period beginning on the date that the first payment is due under the plan, as required by 11 U.S.C. § 1129(a)(15). The Debtor anticipates that the projected disposable income, funded primarily by the income generated by jewelry and diamond sales and repair services, will provide sufficient and meaningful payments to valid unsecured creditors.

**Efforts Toward a Consensual Plan**

Debtor has had discussions with the following parties in interest concerning Debtor's plan:

______ Secured Creditors
______ Priority Creditors
X_____ Unsecured Creditors

______ Equity Interest Holders
X_____ The Trustee
______ Others; Describe:

The Debtor will continue to pursue the consent of creditors for a consensual pl

**Executory Contracts and/or Unexpired Leases**

The Debtor is still analyzing the various leases to which it is party, namely, the lease for the non-residential real property occupied by the Debtor. Debtor will make a determination at or prior to the filing of its proposed plan of organization as to whether it will assume or reject any other executory contracts and unexpired leases, but at this time, it is anticipated that all will be assumed.

**Disclosure Statement**

In Debtor's view, there is no "cause" for the Court to order the filing of a separate disclosure statement pursuant to § 1181(b) and § 1125.

**Anticipated Motions/Applications Prior to Confirmation**

Debtor has filed or anticipates filing motions/applications in advance of the anticipated confirmation hearing date, which are briefly described below:

The Debtor expects to file a Motion to Compel Turnover pursuant to 11 U.S.C. 543. In the weeks leading up to the filing of this Chapter 11 petition, one creditor had sought and obtained a receiver in state court to seek collection of its judgment. The receiver, Drew Dillworth, executed upon the Debtor's inventory and assets and is now holding a substantial amount of inventory, far above any amounts owed to this creditor. The Debtor has attempted to negotiate the return of this inventory, but the parties have not been able to reach a resolution.

**Pending or Anticipated Litigation**

The Debtor does not anticipate filing any adversary proceedings or engaging in other litigation outside of the plan confirmation process.

Respectfully submitted,

**LORIUM LAW**
*Counsel for Debtor*
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561.361.1000
Facsimile: 561.672.7581
Email: jgrant@loriumlaw.com

By: /s/ Joe M. Grant
JOE M. GRANT
Florida Bar No. 137758

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of June, 2026, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

**SERVED VIA CM/ECF NOTICE:**
Carol Lynn Fox; cfox@glassratner.com; cclf11@trustesolutions.net
Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee; martin.p.ochs@usdoj.gov
Office of the US Trustee; USTPRegion21.MM.ECF@usdoj.gov
John Schank on behalf of U.S. Trustee Office of the US Trustee; john.s.schank@usdoj.gov
Eric J Silver on behalf of Interested Party Drew Dillworth; esilver@stearnsweaver.com; jless@stearnsweaver.com; fsanchez@stearnsweaver.com; cgraver@stearnsweaver.com; mfernandez@stearnsweaver.com

**SERVICE VIA U.S. MAIL:**
All creditors and interested parties listed on the attached Mailing Matrix

Label Matrix for local noticing
113C-9
Case 26-16032-MAM
Southern District of Florida
West Palm Beach
Tue Jun 30 15:43:09 EDT 2026

Coral Creek R2G Owner, LLC
Hinshaw & Culbertson LLP
100 Ashley Dr. South, Suite 1310
Tampa, FL 33602-5322

I&I DIAMONDS LLC
6564 North State Road 7
Coconut Creek, FL 33073-3625

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Belgium New York LLC
c/o Thomas L. Avrutis, Esq.
Weltman, Weinberg & Reis Co., LPA
P.O. Box 4137
Sarasota, FL 34230-4137

Coral Creek R2G Owner, LLC
c/o Kimco Realty Corporation
Attn: Janice Accatino
500 North Broadway, Suite 201
Jericho, NY 11753-2122

Drew Dillworth, Esq.
Receiver (Appointed)
c/o Eric J. Silver, Esq.
150 West Flagler Street, Suite 2200
Miami, FL 33130-1545

Edward Caplan
c/o Jason Gordon, Esq.
Law Offices of Jason Gordon, P.A.
3440 Hollywoood Blvd., Suite 415
Hollywood, FL 33021-6933

H & A Mountings, Inc.
c/o Thomas L. Avrutis, Esq.
Hodges, Avtrutis & Foeller
P.O. Box 4137
Sarasota, FL 34230-4137

INTERNAL REVENUE SERVICE
P O BOX 7346
2970 MARKET STREET
PHILADELPHIA, PA. 19104-5002

Lya Klein
7525 NW 61st Terrace
Unit 1004
Parkland, FL 33067-2434

PACE Diamonds NV
c/o Robert D. Garson, Esq.
20803 Biscayne Boulevard
Suite 405
Miami, FL 33180-1431

PDM Capital LLC
2433 Knapp Street
Brooklyn, NY 11235-1005

Property Damage Consultants Inc.
c/o Ryan S. LeMontang, Esq.
12555 Biscayne Blvd., Suite 915
Miami, FL 33181-2522

Carol Lynn Fox
1675 N. Military Trail
Ste 650
Boca Raton, FL 33486-4322

Drew Dillworth
Stearns Weaver Miller
c/o Eric Silver
150 W. Flagler Street
Suite 2200
Miami, FL 33130-1545

Joe M. Grant Esq.
197 South Federal Highway
Suite 200
Boca Raton, FL 33432-4946

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(u)IRS, Centralized Insolvency Operation
NOTICE ONLY**
P.O. Box 7346

End of Label Matrix
Mailable recipients 16
Bypassed recipients 2
Total 18