**ORDERED in the Southern District of Florida on July 27, 2026.**

Mindy A. Mora, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

I & I DIAMONDS, LLC,

Debtor.
_______________________________________/

Case No. 26-bk-16032-MAM

Chapter 11
Subchapter V

**AGREED ORDER GRANTING CORAL CREEK R2G OWNER, LLC'S AGREED MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**THIS MATTER** came before the Court upon the Agreed Motion for Relief from the Automatic Stay (the "Agreed Motion") [ECF No. 53] filed by Coral Creek R2G Owner, LLC ("Coral Creek" or "Movant"), landlord under a Commercial Lease dated May 11, 2021 (the "Lease") with I & I Diamonds, LLC (the "Debtor") for Space No. A162, located in a shopping center known as Coral Creek Shops in Coconut Creek, Florida (the "Premises"). The Court, having considered the Motion, ORDERS:

1. The Motion is GRANTED as agreed.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby lifted and terminated as to Coral Creek's interest in the Premises, solely *in rem* and not *in personam* against the Debtor, to permit Coral Creek to exercise its rights under the Lease and applicable non-bankruptcy law, including without limitation: (a) pursuit of possession and eviction remedies with respect to the Premises; (b) entry onto the Premises to inspect, repair, remove, or address the condition of the exterior signage identified by the applicable code enforcement authority; and (c) setoff against any security deposit held under the Lease.

3. The 14-day stay period under Bankruptcy Rule 4001(a)(4) is waived by agreement of the parties, and this Order shall be effective and enforceable immediately upon entry.

4. The Court retains jurisdiction to resolve any disputes arising from or related to this Order.

###

**Submitted by:**

HINSHAW & CULBERTSON LLP

*Molly R. Litchfield*
Molly R. Litchfield
Florida Bar No. 1059212
100 South Ashley Drive, Suite 1310
Tampa, FL 33602
Primary: MLitchfield@hinshawlaw.com
Secondary: AttorneyTeam1Support@hinshawlaw.com
Telephone: 813-868-8834
*Attorneys for Coral Creek R2G Owner, LLC*

Attorney Litchfield is directed to serve a conformed copy of this Order upon receipt of the same from the Court, upon all interested parties.