**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
**www.flsb.uscourts.com**

In re:                                                                    Case No. 26-16032-PDR
                                                                          Chapter 11
I&I DIAMONDS LLC,                                          (Subchapter V)

     Debtor.

_____/

**DEBTOR'S MOTION TO CONVERT CASE FROM**
**CHAPTER 11 TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(a)**

I&I Diamonds LLC (the "Debtor"), by and through undersigned counsel, respectfully moves this Court pursuant to 11 U.S.C. § 1112(a), Federal Rule of Bankruptcy Procedure 1017(f), for the entry of an Order converting this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code, and in support thereof states as follows:

1.      On May 8, 2026, the Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division.

2.      Since the petition date, the Debtor has remained in possession of its property, but vacated its commercial space, and operated its business as a debtor-in-possession pursuant to 11 U.S.C. §§ 1182 and 1184.

3.      The Debtor has not previously converted this case from another chapter under Title 11.

4.      Pursuant to 11 U.S.C. § 1112(a), a debtor has an absolute right to convert a Chapter 11 case to a case under Chapter 7 unless: (a) the debtor is not a debtor-in-possession; (b) the case originally was commenced as an involuntary case under Chapter 11; or (c) the case was converted to a case under Chapter 11 other than on the debtor's request.

5.      None of the statutory exceptions apply in this case:

    o      The Debtor is a debtor-in-possession;

    o      This case was commenced as a voluntary petition; and

    o      The case has not been previously converted.

6.      The Debtor has evaluated its financial condition and concluded that reorganization under Subchapter V is no longer feasible or in the best interest of the estate and creditors. Liquidation under Chapter 7 will allow for an orderly administration of the estate.

7.      Counsel for Debtor has conferred with Subchapter V Trustee, Carol Fox, regarding the filing of this Motion and certified that the Trustee has agreed to the relief requested herein.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an order (i) converting this case from Chapter 11 (Subchapter V) to Chapter 7 of the Bankruptcy Code; (ii) directing the Debtor to file required post-petition schedules, statements, and reports as required by Federal Rule of Bankruptcy Procedure 1019; and (iii) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**LORIUM PLLC**
*Counsel for Debtor*
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561.361.1000
Facsimile: 561.672.7581
Email: jgrant@loriumlaw.com

By: /s/ Joe M. Grant
      JOE M. GRANT
      Florida Bar No. 137758

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of August, 2026, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all parties and counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

***Served via CM/ECF NOTICE:***
Carol Lynn Fox; cfox@glassratner.com; cclf11@trustesolutions.net
Siobhan E. P. Grant on behalf of Creditor Coral Creek R2G Owner, LLC;
sgrant@hinshawlaw.com; bmarquez@hinshawlaw.com; kcongdon@hinshawlaw.com;
MIADocket@hinshawlaw.com
Molly R Litchfield on behalf of Creditor Coral Creek R2G Owner, LLC;
mlitchfield@hinshawlaw.com; attorneyteam01support@hinshawlaw.com
Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee; martin.p.ochs@usdoj.gov
Office of the US Trustee; USTPRegion21.MM.ECF@usdoj.gov
John Schank on behalf of U.S. Trustee Office of the US Trustee; john.s.schank@usdoj.gov
Eric J Silver on behalf of Interested Party Drew Dillworth
esilver@stearnsweaver.com; jless@stearnsweaver.com; fsanchez@stearnsweaver.com;
cgraver@stearnsweaver.com; mfernandez@stearnsweaver.com