**ORDERED in the Southern District of Florida on August 6, 2026.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.com**

In re:

I&I DIAMONDS LLC,

Debtor.

_____________________________/

Case No. 26-16032-MAM
Chapter 11
(Subchapter V)

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO REJECT UNEXPIRED COMMERCIAL LEASE WITH CORAL CREEK R2G OWNER, LLC PURSUANT TO 11 U.S.C. § 365(a)**

**THIS MATTER** came before the Court on July 23, 2026 upon Debtor, I&I Diamonds LLC's Expedited Motion to Reject Unexpired Commercial Lease with Coral Creek R2G Owner, LLC Pursuant to 11 U.S.C. §365(a) [D.E. 46] ("Motion"). The Court, having reviewed the Motion, noting the Debtor has vacated and surrendered the premises, counsel represented that reasonable cause exists to approve the rejection retroactively, counsel represented that the rejection is a reasonable exercise of the Debtor's business judgment, and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** that:

1. The Motion [D.E. 46] is **GRANTED**.

2. Pursuant to 11 U.S.C. § 365(a), the commercial lease (the "Lease") between the Debtor and Coral Creek R2G Owner, LLC (the "Landlord") for the nonresidential real property located at 6564 North State Road 7, Coconut Creek, Florida 33073 is deemed REJECTED effective as of July 9, 2026.

3. Pursuant to 11 U.S.C. §§ 365(g)(1) and 502(g)(1), any claim of the Landlord for damages arising from the rejection of the Lease shall be treated as a prepetition general unsecured claim, subject to:

   a. All rights, defenses, objections, and counterclaims reserved by the Debtor and the estate; and

   b. All applicable provisions, limitations, and statutory caps under the Bankruptcy Code, including 11 U.S.C. § 502(b)(6).

4. The Landlord shall file any proof of claim for rejection damages on or before August 27, 2026, or be forever barred from asserting such claim against the Debtor or its bankruptcy estate.

5. The Court retains jurisdiction to resolve any disputes arising from or related to the implementation, interpretation, or enforcement of this Order.

###

**Submitted by:**

**Joe M. Grant, Esquire**
Lorium PLLC
*Attorneys for Debtor*
197 South Federal Highway, Suite 200
Boca Raton, Florida 33432
Telephone No. 561.361.1000
Facsimile No. 561.672.7581

[*Attorney Joe M. Grant is hereby directed to serve a conformed copy of this Order upon receipt to all interested parties and file a Certificate of Service]