

**ORDERED in the Southern District of Florida on August 6, 2026.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.com**

In re:                                                              Case No. 26-16032-MAM
                                                                    Chapter 11
I&I DIAMONDS LLC,                                                   (Subchapter V)

      Debtor.

_____/

**ORDER GRANTING DEBTOR'S AMENDED EXPEDITED MOTION FOR**
**AUTHORITY TO ENTER INTO NEW COMMERCIAL LEASE OUTSIDE THE**
**ORDINARY COURSE OF BUSINESS PURSUANT TO 11 U.S.C. §§ 363(b) AND 364(b)**

**THIS MATTER** came before the Court on July 23, 2026 upon Debtor, I&I Diamonds

LLC's Amended Expedited Motion for Authority to Enter into New Commercial Lease Outside

the Ordinary Course of Business Pursuant to 11 U.S.C. §§ 363(b) and 364(b) [D.E. 49]

("Motion"). The Court, having reviewed the Motion, finding that proper notice has been

provided, counsel represented that entering into the new lease is a sound exercise of the Debtor's

business judgment outside the ordinary course of business pursuant to 11 U.S.C. § 363(b), and

counsel represented that the incurrence of unsecured debt thereunder is authorized pursuant to 11

U.S.C. § 364(b), and being otherwise fully advised in the premises, hereby **ORDERS AND**

**ADJUDGES** that:

1. The Motion [D.E. 49] is **GRANTED**.

2. Pursuant to 11 U.S.C. § 363(b)(1), the Debtor is authorized to enter into a new commercial lease outside the ordinary course of business with Riverstone Plaza Parkland (the "Landlord") for the nonresidential real property located at 7635 N. State Rd 7, Parkland, FL 33073 (the "Premises"), substantially on the following material terms disclosed to the Court:

- o **Lease Term:** Five (5) years.
- o **Commencement Date:** September 1, 2026.
- o **Base Rent:** $3,000.00 per month.
- o **Security Deposit:** $6,000.00.
- o **Concessions/Allowances:** Six (6) months of free rent and a $50,000.00 remodeling allowance provided by the Landlord.

3. To the extent that the execution of the lease or performance of ongoing obligations thereunder constitutes the incurrence of unsecured debt outside the ordinary course of business, such incurrence is authorized pursuant to 11 U.S.C. § 364(b). Any allowed claims arising from post-petition performance under the lease shall be allowed as administrative expenses of the estate pursuant to 11 U.S.C. § 503(b)(1)(A).

4. The Debtor is authorized to execute the lease agreement, tender the required security deposit and initial payments, and perform all post-petition obligations under the lease (including routine payment of rent, additional rent, utilities, and insurance) in the ordinary course without the need for further Court approval.

5. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

###

**Submitted by:**

**Joe M. Grant, Esquire**
Lorium PLLC
*Attorneys for Debtor*
197 South Federal Highway, Suite 200
Boca Raton, Florida  33432
Telephone No. 561.361.1000
Facsimile No. 561.672.7581

[*Attorney Joe M. Grant is hereby directed to serve a conformed copy of this Order upon receipt to all interested parties and file a Certificate of Service]