**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

**In Re:**

**I&I DIAMONDS, LLC,** **CASE NO.:26-16032-MAM**
**Chapter 7**

**Debtor.**
_______________________________________/

**NOTICE OF RULE 2004 EXAMINATION DUCES TECUM**

Michael R. Bakst, Trustee (the "Trustee") in Bankruptcy for I&I DIAMONDS, LLC (the "Debtor"), by and through undersigned counsel, will examine I&I DIAMONDS, LLC, under oath on December 1, 2026, at 1:30 pm., at the law offices of Lippes Mathias LLP, 4420 Beacon Circle, West Palm Beach, Florida 33407.

**BECAUSE THE EXAMINATION IS BEING CONDUCTED USING WEB/VIDEO CONFERENCING TECHNOLOGY, IT MAY BE POSSIBLE FOR ALL PARTIES TO PARTICIPATE REMOTELY WITHOUT GOING TO THIS LOCATION.**

**If you wish to attend remotely via Zoom videoconferencing or WebEx, you will need a desktop computer or laptop with a webcam in order to be seen, speakers to hear the other parties connected and a microphone to be heard.**

**For security reasons, the information necessary to connect to the examination will be separately provided to you prior to the examination date.**

The examination may continue from day to day until completed. If the examinee receives this notice less than fourteen (14) days prior to the scheduled examination date the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to FRBP 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in FRBP 2004. Pursuant to Local Rule 2004-1 no order shall be necessary. [If the examination is of a witness other than the debtor, the Local Form "Subpoena for Rule 2004 Examination" is included with this notice].

The examinee or your representatives, must also bring with you to the examination the documents, electronically stored information, or objects described on the attached Exhibit "A" (or if the examination is of a witness other than the debtor, on the attached subpoena), and must permit inspection, copying, testing, or sampling of the materials.

The examinee is further requested to bring to the examination all of the documents described on the attached Exhibit "A".

**IT IS THE DEPONENT'S RESPONSIBILITY TO PROVIDE AND PAY FOR A TRANSLATOR IF ONE IS NECESSARY AT THIS DEPOSITION.**

**The examinee is further requested to produce to undersigned counsel all of the documents described on the attached Exhibit "A" no later than November 23, 2026 by 5:00 p.m.**

**Please contact the undersigned counsel's office beforehand to advise us if you are going to hand deliver documents so that we can make arrangements to allow you to access the office with security.**

**PRODUCTION OF ELECTRONIC DOCUMENTS**

**PLEASE DO NOT SEND DOCUMENTS BY EMAIL. We would ask that any electronic documents be produced on a flashdrive or CD in pdf format. Alternatively, you**

**may contact undersigned counsel at least one business day before documents are due for us to send you an invitation to upload documents on a secure network.**

**All interested parties that plan on attending the examination should contact undersigned counsel's office to confirm that the examination is going forward on the scheduled date and time before attending as the date and time may change.**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 9010-1(a).

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that a true and correct copy the foregoing document is being furnished upon all counsel of record or pro se parties, this day, as indicated the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Dated: November 3, 2026

MRB/jmr

**LIPPES MATHIAS, LLP**

/s/Michael R. Bakst, Esq.
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
Attorneys for the Trustee
4420 Beacon Circle
West Palm Beach, FL 33407
T: (561) 842-3000 ext. 0577
mbakst@lippes.com

**Mailing Information for Case 26-16032-MAM**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R. Bakst** trusteebakstECF@lippes.com, ecf.alert+Bakst@titlexi.com;efileu1086@gmlaw.com;efileu3163@gmlaw.com;efileu3291@gmlaw.com;Trustee-MRBECF@lippes.com;mbirdECF@lippes.com;jrosaECF@lippes.com;alopezECF@lippes.com;EBakstECF@lippes.com
- **Angelena M Conant** amrootesq@gmail.com, m.ar70464@notify.bestcase.com
- **Carol Lynn Fox** cfox@glassratner.com, cclf11@trustesolutions.net
- **Joe M. Grant** jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com;acabello@loriumlaw.com
- **Siobhan E. P. Grant** sgrant@hinshawlaw.com, bmarquez@hinshawlaw.com;kcongdon@hinshawlaw.com;MIADocket@hinshawlaw.com
- **Molly R Litchfield** mlitchfield@hinshawlaw.com, attorneyteam01support@hinshawlaw.com
- **Martin P Ochs** martin.p.ochs@usdoj.gov
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **John Schank** john.s.schank@usdoj.gov
- **Eric J Silver** esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**I&I DIAMONDS LLC**
6564 North State Road 7
Coconut Creek, FL 33073

**Hylton Wynick**
Yip Associates
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432

# EXHIBIT "A"

**NOTE: IN ADDITION TO ANY PERIODS OF TIME REFERENCED IN EACH REQUEST BELOW, THE DEBTOR IS TO PROVIDE DOCUMENTATION FOR THE CURRENT YEAR AS WELL.**

1. Copies of the Debtor's state and federal income tax returns, together with all amendments, addendums, schedules and attachments for the past four tax years through the date of this deposition.

2. All bank, savings, savings and loan, money market, investment, accounts and accounts receivable books or statements for accounts in institutions representing any items in which the Debtor has or has had a legal or equitable interest for the past four years through the date of this deposition.

3. All business bank, checking, savings and loan, savings, money market, stock, account statements, including cancelled checks, wire transfer receipts, deposit slips, and check registers for accounts in which the Debtor has a legal or equitable interest for the four years immediately preceding the date of this notice, through the date of this deposition.

4. All deeds, leases, mortgages, liens, or other written instruments evidencing an interest or an ownership in real property, legal or equitable, at any time, held by the Debtor for the past four years through the date of this deposition.

5. Bills of sale, contracts, closing statements, title insurance policies or other written evidence of any personal or real property purchased, transferred or sold by the Debtor for the past four years through the date of this deposition.

6. Motor vehicle documents including titles and registrations relating to any motor vehicles owned (legal or equitable title) by the Debtor alone or with other persons or entities for any time during the past four years through the date of this deposition.

7. Any and all financial statements and profit and loss statements as to the Debtor's business assets and liabilities prepared by or on behalf of the Debtor for the past four years through the date of this deposition.

8. The declaration page(s) for all automobile insurance for the Debtor for any automobiles in which the Debtor holds or has held a legal or equitable interest at any time for the past four years through the date of this deposition.

9. Any and all property insurance declaration page(s) for any property in which the Debtor holds or has held a legal or equitable interest at any time for the past four years through the date of this deposition.

10. The declaration page(s) for all boat insurance or aircraft insurance for the Debtor for any boats or aircraft in which the Debtor holds or has held a legal or equitable interest at any time for the past four years through the date of this deposition, as well as copies of any applicable titles and other evidence of ownership.

11. All shareholder agreements to which the Debtor is a party that has been executed or in effect at any time for the past four years through the date of this deposition.

12. Any and all stock or bond certificates held by the Debtor at any time for the past four years through the date of this deposition.

13. Any employment agreements of the Debtor with anyone, and, any buy-sell agreements, to which the Debtor is or has been a party for any time for the past four years through the date of this deposition.

14. Any and all judgments entered in the Debtor's favor within the past twenty (20) years.

15. The minute books, articles of incorporation, and by-laws of the Debtor and of any corporations in which the Debtor corporation has an ownership interest for the past four years through the date of this deposition.

16. Any leases to which the Debtor is a party.

17. Any documents relating to any certificates of deposit held by the Debtor.

18. Any and all documentation evidencing all account receivables of the Debtor. Such documentation should include, but not be limited to, books and records, ledgers, invoices, statements of account, correspondence, credit applications, financial statements, computer printouts, and e-mail transmissions.

19. As it relates to any intercompany loans and/or repayments, provide any and all documentation demonstrating and explaining these loans and/or repayments for the past four (4) years through the date of this deposition.

20. Copies of any and all W-2s provided to any and all employees of the Debtor and any W-3 transmittals for the past four years through the date of this deposition.

21. Any and all documents or papers of any type relating to any and all liens upon property of the Debtor, including information relating to the current amount owed on such liens and the name, address, telephone number, and e-mail address (if known) of the contact person for each creditor.

22. All original titles to equipment and vehicles within your possession, custody or control.

23. All original deeds to real property owned by the Debtor.

24. The name, address, and telephone number of all contact persons for any webmaster relating to any websites owned by or operated by the Debtor, including documents relating to such website.

25. Copies of any and all plan documents, administrator contact information, plan participant information, and all other applicable documents for any retirement, pension, profit sharing, 401(k), ERISA, ESOP or other type of similar plan that may have been established by or administered by the Debtor.

26. Any and all documents and papers of any type demonstrating and explaining the reason for any transfers of money or other property from the Debtor to any of its shareholders, officers, directors, members, agents, principals or employees for any time during the past four years through the date of this deposition.

27. Any and all documents sought through emails of Trustee's counsel which have not yet been produced.

## DESTROYED DOCUMENTS

If any document responsive to this Request was at one time in existence, but has been lost or destroyed, a list should be provided of the document(s) so lost or destroyed stating the following information for each document:

1. The type of document;
2. The date on which it ceased to exist;
3. The circumstances of its loss or destruction;
4. The identity of all persons having knowledge of the reasons for its loss of destruction; and
5. The identity of all persons having knowledge of its contents.